**Order filed March 27, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00110-CV

_____

## In the Interest of K.F., K.A.F., R.S.H., and R.H., Jr., Children

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-04832J**

---

### ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due **March 25, 2013.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM